IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eDIRECT PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIVECAREER, LTD. and NORTH AMERICA LIVECAREER, INC. <br><br> Defendant. <br> ———————————————————/ <br> INDIVIDUAL SOFTWARE, INC. <br><br> Third-Party. <br> ———————————————————/ | No. C 14-80125 WHA <br><br> **ORDER RE MOTION TO COMPEL** |

In this miscellaneous action, on May 2, defendants moved to compel discovery from third-party Individual Software, Inc. for a patent-infringement action pending in the Southern District of California. Fact discovery closes on May 20, 2014 and expert discovery closes on August 19, 2014. *See eDirect Publishing, Inc. v. LiveCareer, Ltd., et al.*, No. 3:12-cv-01123-JLS-JMA (S.D. Cal. Jan. 6, 2014) (Dkt. No. 79). In footnote 1, LiveCareer argues that it "intends to seek to have this motion heard on an expedited basis." The noticed hearing date of June 12 is unavailable. Accordingly, the hearing is hereby re-set for **8:00 A.M. ON MAY 29, 2014**. Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The opposition remains due on **MAY 16**, but the reply is due by **5:00 P.M. ON MAY 21**.

**IT IS SO ORDERED.**

Dated: May 2, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE