United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

eDIRECT PUBLISHING, INC.,                           No. C 14-80125 WHA

      Plaintiff,

  v.

LIVECAREER, LTD. and NORTH              **ORDER RE SEALING MOTION**
AMERICA LIVECAREER, INC.                   **(DKT. NO. 4)**

      Defendant.
                          /

INDIVIDUAL SOFTWARE, INC.

      Third-Party.
                          /

     In this miscellaneous action, on May 2, defendants filed a motion for leave to file under seal exhibits 9, 16, and 17 in support of their motion to compel discovery from third-party Individual Software, Inc. (Dkt. No. 4). The deadline for filing a supporting declaration has passed. *See* Local Rule 79-5. Nevertheless, Individual Software has not appeared and the opposition is due May 16. By **NOON ON MAY 16**, Individual Software shall file a response to the sealing motion or it will be denied.

    **IT IS SO ORDERED.**

Dated:   May 13, 2014.

                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE